low to Timoney.). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Bronislawa Wojtczak, Respondent, v. American Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.    Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

American Slicing Machine Company, Appellant, v. Maxwell Corkedale, Respondent.— Although we have repeatedly called attention to the rule requiring appellant to state facts showing that the appeal is a meritorious one, there has been no attempt to comply with this rule.*   In addition, no excuse is offered for appellant's laches.   The motion to dismiss the appeal is granted, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Martin Behrer, etc., Respondent, v. Mary Ernst, Appellant.— Motion to dismiss appeal denied, on condition that appellant place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary L. Clark, Respondent, v. James M. Clark, Appellant, and Hudson Iron Company, Respondent.— Motion to dismiss appeal granted, with costs to each of the respondents.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary L. Clark, Respondent, v. James M. Clark, Appellant, and Hudson Iron Company, Respondent.— Motion to restore appeal to calendar denied.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Luigi Cuoco and Another, Respondents, v. Classon Building Company and Another, Appellants.— The respondents should deposit with the county clerk for inspection, pending certification of the case, the exhibits; and the appellants may have five days after notice of the submission of such exhibits to the county clerk to procure certification of the case on appeal, place the same on the calendar and be ready for argument when reached.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Francesco Dioguardi, Appellant, v. Nassau Electric Railroad Company, Respondent.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   The decision of the Court of Appeals in *Moore* v. *Rochester Railway Co.* (204 N. Y. 309) was presented in the briefs of counsel, and considered by this court in its decision.   [See 164 App. Div. 896.]   In view of the instruction of the trial court at folio 374 of the record, we thought that whatever error may have been made in the earlier part of the charge of the trial court was cured.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Charles Fresusk, Respondent, v. Pittsburgh Contracting Company, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

* App. Div. Rules, Second Dept., Special Rule.—[REP.